

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Chad Dodson Roofing, LLC,          * From the County Court
                                     at Law of Taylor County,
                                     Trial Court No. 22,574.

Vs.   No. 11-14-00281-CV            * November 14, 2014

Paula (Coots) Gutierrez,            * Per Curiam Memorandum Opinion
                                      (Panel consists of: Wright, C.J.,
                                      Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Chad Dodson Roofing, LLC.